RICHARD SCHLESINGER *v.* BOARD OF REPRESENTATIVES OF THE CITY OF STAMFORD

The defendant's petition and the plaintiff's cross-petition for appeal from the Court of Common Pleas in Fairfield County at Stamford are denied.

*Edward J. Frattaroli,* assistant corporation counsel, in support of the petition and in opposition to the cross-petition.

*Allan S. Mall,* in support of the cross-petition and in opposition to the petition.

Submitted June 9—decided June 14, 1977

MATAXIA LAMBRAKOS ET AL. *v.* JAMES CARSON, EXECUTOR

The motion by Athanasia Paraskevopoulos for permission to file a brief as amicus curiae in the appeal from the Superior Court in New Haven County is granted.

*Alexander Winnick,* in support of the motion.

Submitted May 26—decided June 15, 1977

HARTFORD NATIONAL BANK AND TRUST COMPANY *v.* PAUL T. DiFAZIO ET AL.

The plaintiff's motion to expedite the appeal from the Superior Court in Hartford County is denied.

*David T. Ryan* and *Valdis Vinkels,* in support of the motion.